UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re:

MICHELLE MARIE BALLETTI              NO. CIV. S-06-1507 WBS

       Debtor,                   (Bankruptcy Court No. 05-27329-C7)
_____

PREM DHAWAN, Trustee in               ORDER
Bankruptcy

       Plaintiff,

v.

CONSUMER ACTION COMMITTEE,
a California Corporation,

       Defendant.
_____

----oo0oo----

       Defendant/Appellant, A. Lewis Chandler, has filed an emergency motion for an order staying all proceedings in this matter pending disposition of his appeal from a decision of the Bankruptcy Court denying a motion for summary judgment and other related decisions and orders.

///

1

1    Rule 8005 of the Federal Rules of Bankruptcy Procedure
2 requires that such motions ordinarily be presented to the
3 Bankruptcy Judge in the first instance.  When the motion is made
4 in the District Court, it must show why the relief was not
5 obtained from the Bankruptcy Judge.  Chandler's motion does not
6 show why he did not seek the requested stay from the Bankruptcy
7 Judge in the first instance or why the relief was not obtained
8 from the Bankruptcy Judge.
9    IT IS THEREFORE ORDERED that defendant/appellant A.
10 Lewis Chandler's motion for stay pending appeal be, and the same
11 hereby is, DENIED, without prejudice to presenting the request to
12 the Bankruptcy Judge pursuant to Rule 8005 of the Federal Rules
13 of Bankruptcy Procedure.
14 DATED:  July 26, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE