A. LEWIS CHANDLER
2140 SHATTUCK AVENUE, #2135
BERKELEY, CA 94704
(510) 644-4162

Defendant/Appellant, In Pro Per



FILED
AUG 1 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

LODGED
AUG 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MICHELLE MARIE BALLETTI<br><br>Debtor | DISTRICT COURT CASE NUMBER<br>2:06-CV-01507-WBS<br>Judge:<br>Honorable William B. Shubb |
| A. LEWIS CHANDLER<br><br>Appellant,<br><br>v.<br><br>PREM DHAWAN,<br><br>Appellee. | Bankruptcy Court Case Number<br>NO. 05-27329-C7<br><br>Adversary Proceeding Number<br>NO. 05-2302<br><br>ORDER |

Having considered Appellant's Ex Parte Application for an extensions of time to file his Opening Brief, and finding good cause therefore,

IT IS ORDERED that Appellant shall have until 8/21/06 to file his Opening Brief. Appellee's Brief shall be due 15 days after service of Appellant's Opening Brief.

P.4

1  DATED: 8/11/2006        _____
2                                  United States District Judge
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28