UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

In re:

MICHELLE MARIE BALLETTI,

        Debtor.
                                       RELATED CASE ORDER

_____/

A. LEWIS CHANDLER,

        Appellant,

v.                                 NO. CIV. S-06-01507 WBS

PREM DHAWAN,

        Appellee.
_____/

A. LEWIS CHANDLER,

        Appellant,

v.                                 NO. CIV. S-06-01801 FCD

PREM N. DHAWAN,

        Appellee.
_____/

----oo0oo----

        Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997). Both pending appeals share a common

1 factual and procedural history, involve the same parties and
2 claims, and relate to the same real property.  Accordingly, the
3 assignment of the matters to the same judge is likely to effect a
4 substantial saving of judicial effort and is also likely to be
5 convenient for the parties.  The parties should be aware that
6 relating the cases under Local Rule 83-123 merely has the result
7 that these actions are assigned to the same judge and the same
8 magistrate judge; no consolidation of the actions is effected.

9      IT IS THEREFORE ORDERED that the actions denominated
10 CIV. S-06-1507 WBS, A. Lewis Chandler v. Prem Dhawan, and CIV. S-
11 06-01801 FCD, A. Lewis Chandler v. Prem Dhawan should be, and the
12 same hereby are deemed assigned to the Honorable WILLIAM B. SHUBB
13 for all further proceedings.  Henceforth the captions on all
14 documents filed in the reassigned case shall be shown as CIV. S-
15 06-01801 WBS, and any dates currently set in the reassigned case
16 only are hereby VACATED.

17      IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustments in the assignment of civil cases to
19 compensate for this reassignment.

20      IT IS SO ORDERED.
21 DATED: August 31, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE