Mariam S. Marshall Esq.
Bar No. 157242
Christopher K. Lezak, Esq.
Bar No. 230685
MARSHALL & RAMOS, LLP
350 Frank H. Ogawa Plaza
Suite 600
Oakland, California 94612
Telephone: (510) 835-8359
Facsimile: (510) 835-8259
mmarshall@marshallramoslaw.com

Attorneys for Appellee,
PREM N. DHAWAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 2:06-cv-01507-WBS |
| MICHELLE MARIE BALLETTI, | |
| Debtor. | |
| _____/ | |
| A. LEWIS CHANDLER, | |
| Appellant, | Date:  October 30, 2006<br>Time:  1:30 p.m. |
| v. | Place: United States District Court<br>501 "I" Street, Suite 4-200 |
| PREM DHAWAN, | Sacramento, CA 95814 |
| Appellee. | |
| _____/ | |

**ORDER AUTHORIZING TELEPHONIC APPEARANCE**

The Request of PREM DHAWAN, trustee of the above-referenced Chapter 7 bankruptcy estate and Appellee herein ("Appellee"), seeking entry of an order authorizing Appellee's counsel ("Applicant") to appear telephonically at the hearing on the Bankruptcy Appeal currently scheduled for October 30, 2006, at 1:30 p.m. at the above-referenced location, and all supporting papers having been reviewed by the Court, it appearing that due notice has been given to Appellant, as required by law, and good cause appearing therefor,

1    **IT IS HEREBY ORDERED** that Applicant is authorized to appear telephonically at
2    the hearing on the Bankruptcy Appeal, as set forth above.
3        Certificate of service for proposed order filed as docket entry #27.
4
5    DATED:  October 25, 2006

```
                 WILLIAM B. SHUBB
                 UNITED STATES DISTRICT JUDGE
```

COURT SERVICE LIST

| | |
|---|---|
| Consumer Action Committee<br>c/o A. Lewis Chandler<br>Agent for Service of Process for<br>2140 Shattuck Ave., #2135<br>Berkeley, CA 94704 | Appellant |
| A. Lewis Chandler<br>2140 Shattuck Ave., #2135<br>Berkeley, CA 94704 | Appellant |